EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | 2018 TSPR 13<br><br>199 DPR ____ |

Número del Caso: EM-2018-01

Fecha: 5 de febrero de 2017

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | | |
|---|---|---|
| Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico | EM-2018-01 | Exoneración de los requisitos de educación jurídica continua |

RESOLUCIÓN

En San Juan, Puerto Rico, a 5 de febrero de 2018.

Mediante Resolución de 14 de diciembre de 2016, EC-2016-01, este Tribunal reconstituyó la Comisión para el Estudio y Evaluación de la Función Notarial en Puerto Rico (Comisión Notarial), con la encomienda de actualizar las recomendaciones contenidas en el Informe de la Comisión para el Estudio y Evaluación de la Función Notarial de 2010. In re Com. Estudio y Eval. Fun. Notarial, 197 DPR 1 (2016). Luego de varios trámites, el 29 de diciembre de 2017, mediante Resolución EC-2016-01, otorgamos una extensión hasta el 22 de junio de 2018 para que la Comisión Notarial descargue su encomienda.

El 13 de julio de 2017, la Comisión Notarial, por conducto de algunos de sus miembros, presentó una petición de exoneración de los requisitos de educación jurídica continua, en conformidad con la Regla 4(C)(8)(g) del Reglamento del Programa de Educación Jurídica Continua. In re Aprobación Reglamento PEJC, 2017 TSPR 91, 198 DPR ___ (2017). La petición se fundamentó en que la encomienda exigirá de sus miembros un estudio minucioso del estado de derecho vigente en materia de Derecho Notarial, Derecho Registral Inmobiliario y otras materias estrechamente relacionadas a la práctica del

notariado. Asimismo, afirmó que la encomienda ha requerido dar una mirada actualizada a la práctica de la notaría y celebrar múltiples reuniones en las cuales brindan sus servicios *ad honorem*.

Examinada la petición presentada, y en reconocimiento del compromiso y la dedicación en la investigación, análisis y redacción de la encomienda ante su consideración, se le concede a los y las miembros de la Comisión Notarial una exoneración del requisito de educación jurídica continua durante el periodo que dure su designación. Se instruye a la directora del Secretariado de la Conferencia Judicial y Notarial a notificar al director del Programa de Educación Jurídica Continua cuando cesen las funciones de la Comisión Notarial.

Notifíquese por correo electrónico al director del Programa de Educación Jurídica Continua, a la directora del Secretariado de la Conferencia Judicial y Notarial, y a los y las miembros de la Comisión Notarial.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                                        Juan Ernesto Dávila Rivera
                                        Secretario del Tribunal Supremo